## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ELROY REED, on behalf of United States of America     PLAINTIFF

v.     No. 2:12CV00124 JLH

LAWRENCE OWENS, *et al*.     DEFENDANTS

### **ORDER**

Elroy Reed, the relator, has filed a notice of voluntary dismissal without prejudice. The United States has filed a notice stating that it consents to dismissal of this action without prejudice. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 22nd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE